**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6915**

---

WELDON EUGENE HOLTZCLAW, JR.,

Plaintiff - Appellant,

v.

GUARD RICHARDSON,

Defendant - Appellee.

---

**No. 25-7033**

---

WELDON EUGENE HOLTZCLAW, JR.,

Plaintiff - Appellant,

v.

GUARD RICHARDSON,

Defendant - Appellee.

---

Appeals from the United States District Court for the District of South Carolina, at Greenville.  Donald C. Coggins, Jr., District Judge.  (6:25-cv-09353-DCC)

---

Submitted:  May 28, 2026                     Decided:  June 2, 2026

---

Before WYNN, QUATTLEBAUM, and HEYTENS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Weldon Eugene Holtzclaw, Jr., Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

In these consolidated cases, Weldon Eugene Holtzclaw, Jr., appeals the district court's orders dismissing his 42 U.S.C. § 1983 complaint as frivolous and denying a postjudgment motion. We have reviewed the record and discern no reversible error. Accordingly, we deny Holtzclaw's pending appellate motions, and we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*